UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SINA MOGHTADER, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No.  SA-18-CV-632-XR |
| GEO GROUP, INC., *et al.*, | § § § | |
| *Defendants*. | § § | |

**ORDER**

On this date, the Court considered Plaintiff's Motion to Compel Identification Information. Plaintiff Sina Moghtader has filed this civil rights action against GEO Group, Inc. and several individual defendants. Plaintiff complains of events that occurred while he was detained without bond on federal charges at a GEO facility. *See* 5:16-CR-516-DAE. Plaintiff sues GEO Group, Inc. and several defendants in their individual capacities. GEO Group, Inc. has been served and has appeared.

However, Plaintiff is having difficulty fully identifying and serving five of the individual defendants (Doctor Morgan, Doctor Rodriguez, Grievance Inspector J.I.E., Detention Officer Blake, and Detention Officer Randolph), who Plaintiff alleges were GEO employees at the times relevant to this action. According to Plaintiff, these individuals no longer work at GEO in San Antonio and Plaintiff's attorney's efforts to identify and serve these individuals have failed. Accordingly, Plaintiff has moved the Court to compel Defendant GEO Group to provide their full names, last known addresses of work and residence, work and home phone numbers, and dates of birth so that Plaintiff can identify and serve them.

1

GEO has denied that it employed Morgan, Rodriguez, and Randolph, and has asserted that it lacks sufficient information to determine whether it employed Blake and J.I.E. GEO opposes Plaintiff's motion, noting that Plaintiff is represented by counsel and may use the ordinary discovery process to obtain the necessary information.

The Court will deny Plaintiff's motion at this time. Although the Court sometimes orders employer defendants to provide addresses to permit service when the plaintiff is *pro se*, Plaintiff is represented by counsel. Plaintiff should use the ordinary discovery process to identify these individuals, determine whether they were employed by GEO, and obtain service of process information. In addition, Defendants are reminded of their obligations under Rule 26(a)(1) to provide in their initial disclosures the name and, if known, address and telephone number of each individual likely to have discoverable information that the disclosing party may use to supports its defenses. If Plaintiff is unable to obtain sufficient information to identify and serve these individual defendants through the ordinary discovery process, Plaintiff may file another motion with the Court, after appropriate good-faith conference, seeking to obtain additional information.

Plaintiff's motion (docket no. 17) is DENIED.

It is so ORDERED.

SIGNED this 7th day of September, 2018.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE