**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **SINA MOGHTADER,** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. SA-18-CV-00632-XR |
| | § | |
| **GEO GROUP, INC., DOCTOR DEMPSEY GORDON, INDIVIDUALLY; DOCTOR MORGAN, INDIVIDUALLY; DOCTOR RODRIGUEZ, INDIVIDUALLY; MARK MCPHERSON, INDIVIDUALLY; GRIEVANCE INSPECTOR J.I.E., INDIVIDUALLY; DETENTION OFFICER BLAKE, INDIVIDUALLY; AND DETENTION OFFICER RANDOLPH, INDIVIDUALLY;** | § § § § § § § § | |
| *Defendants.* | | |

**ORDER SETTING STATUS CONFERENCE AND HEARING ON ALL PENDING MOTIONS**

On this day the Court considered the status of this case. This case is set for a status conference and hearing on all pending motions, if any, on Wednesday, November 07, 2018 at 10:00 AM. in Courtroom Number 3, John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Blvd., San Antonio, Texas 78206. The parties should be prepared to discuss all pending motions.

It is so ORDERED.

SIGNED September 26, 2018.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1