**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| SINA MOGHTADER, § § *Plaintiff,* § § v. § § GEO GROUP, INC., et al., § § *Defendants.* § § § | Civil Action No.  SA-18-CV-632-XR |

**ORDER RE-SETTING STATUS CONFERENCE**

The Status Conference set for November 7, 2018 is RE-SET for Monday, November 5, 2018 at 10:00 a.m.

It is so ORDERED.

SIGNED this 26th day of October, 2018.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE